G. Llinás & Co., S. en C., recurrente, *v.* El Registrador de la Propiedad de San Germán, recurrido.

No. 782.—*Sometido:* Noviembre 4, 1929. *Resuelto:* Nov. 8, 1929.

*L. López de Victoria,* abogado de la recurrente; el registrador recu-
rrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del
tribunal.

Una escritura otorgada por el márshal de una corte de
distrito expresaba que el 17 de julio de 1929 había sido seña-
lado y anunciado por él como el día en que habría de efec-
tuarse una venta en pública subasta autorizada por la corte
de distrito; que el día que se fijó y anunció resultó ser de
fiesta legal; y que la venta se llevó a efecto el 18 de julio a
las tres de la tarde, que era la hora especificada en el aviso
para el día 17. La escritura fué inscrita por el registrador
de la propiedad con el defecto subsanable de no haberse acre-
ditado que la venta anunciada para el 17 de julio fuera sus-
pendida por el márshal, notificando a los postores que hubie-
sen comparecido en el día y a la hora anunciados, que la venta
tendría lugar al día siguiente y a la misma hora.

La recurrente asume que el presente caso debe regirse por
el artículo 389 del Código Político, e invoca la máxima de *ubi
lex non distinguit, nec nos distinguere debemus.*

La misma cuestión fué levantada aunque no resuelta, en
el caso de *Meléndez* v. *El Registrador,* 35 D.P.R. 878. El
alegato de la aquí recurrente no arroja luz adicional alguna
sobre la materia.

En verdad, el artículo 389 del Código Político no prohibe
la comparecencia de un marshal a la hora y en el sitio especi-
ficados en el aviso, y una suspensión formal sería la mejor
práctica. 35 C. J. 35, sección 46. No estamos, por ahora,
preparados para decir que el dejar de notificar a los postores

en perspectiva que comparecen a la hora y en el sitio anunciados por el márshal, que la subasta se efectuará a otra hora y en otro sitio especificados, no podría en modo alguno afectar el título de un comprador que tuviera conocimiento de esa irregularidad.

*Debe confirmarse la nota recurrida.*

El Juez Asociado Señor Texidor no intervino.